# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE DOUGLASS, et al.** | : | Case No. 2:07-cv-59 |
| Plaintiffs, | : | Judge Sargus |
| v. | : | Magistrate Judge King |
| **TRACI M. SHAW, et al.** | : | |
| Defendants. | : | |

## AGREED STIPULATION OF DISMISSAL

Now come Plaintiffs and Defendants and stipulate to the dismissal without prejudice of all claims against Defendants herein.

Dated this 7th day of August, 2007.

                                                         Respectfully submitted,

| | |
|---|---|
| /s/ Erica Ann Probst | /s/ Paula J. Lloyd |
| Erica Ann Probst (0073486) | Paula J. Lloyd (0033419) |
| Steven D. Rowe (0020475) | Assistant City Attorney |
| Kemp, Schaeffer, | 90 West Broad Street |
| Rowe & Lardiere Co., LPA | Columbus, Ohio  43215 |
| 88 West Mound Street | (614) 645-7385 |
| Columbus, Ohio  43215 | Attorney for Defendants |
| (614) 224-2678 | |
| Attorneys for Plaintiffs | |