| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  M. mulchow | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Clerk of Courts<br>Franklin County Court of<br>Common Pleas<br>369 S. High Street<br>Columbus, OH 43215 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0510 0004 3445 3495 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-154 |



UNITED STATES POSTAL SERVICE | First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED JAMES BONINI CLERK
2011 APR 13 PM 12: 22
U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS

OFFICE OF THE CLERK
U.S. DISTRICT COURT
JOSEPH P. KINNEARY U.S. COURTHOUSE
85 MARCONI BLVD., SUITE 121
COLUMBUS, OH 43215

07-59 NMK